# Order

Michigan Supreme Court
Lansing, Michigan

July 30, 2007

133740

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

WILLIAM HARDING,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
*Chief Justice*

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
*Justices*

SC: 133740
COA: 270221
Wayne CC: 04-012328-01

On order of the Court, the application for leave to appeal the March 1, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2007

Clerk

p0723